

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00228-CV

## IN RE GLORIA NEAL, EARL WHITE,
## MICHAEL A. WHITE, AND BETTY WHITE

_____

## Original Proceeding

## MEMORANDUM  OPINION

Relator's petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed August 27, 2015
[OT06]

